IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,               No. CR S-02-0066 DFL DAD P

    vs.

DAVID SANTIAGO VALDEZ,

    Movant.                 ORDER TO SHOW CAUSE

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. By order filed January 31, 2007, respondent was ordered to file, within thirty days, a response to the movant's § 2255 motion. Respondent has not filed a response to the motion. Good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of this order respondent shall file and serve an opposition or procedural motion to movant's § 2255 motion and shall show cause in writing why sanctions should not be imposed for failure to file a timely response.

DATED: March 14, 2007.

DAD:9
vald0066.102.osc

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE