IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                                      No. CR S-02-0066 DFL DAD P

    vs.

DAVID SANTIAGO VALDEZ

    Movant.                                        <u>ORDER</u>

_____ /

        Movant, a former federal prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), movant's March 28, 2007 request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice, and the Clerk of the Court is directed to close the companion civil case No. CIV S-06-0992 DFL.

DATED: April 3, 2007.

                                                    /s/ Dale A. Drozd
                                                    DALE A. DROZD
                                                    UNITED STATES MAGISTRATE JUDGE

DAD:9
vald0066.259