UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                                )
                      Plaintiff,    )        No. 2:02-cr-66 JAM
                                                )
      v.                         )
                                              )        **DETENTION ORDER**
DAVID VALDEZ,                 )        (Violation of Pretrial Release,
                                              )        Probation or Supervised Release)
                    Defendant.   )
_____)

    ____    After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the court
finds :

        ___ there is probable cause to believe the person has committed a federal,
state or local crime while on release and defendant has not rebutted the
presumption that his release will endanger another or the community or
        ___ there is clear and convincing evidence that defendant has violated
**another** condition of release <u>and</u>

           ___ based on the factors set forth in 18 U.S.C. § 3142(g) there is no
condition or combination of conditions of release that will assure that the
defendant will not flee or pose a danger to the safety of another person or
the community or
           ___ the person is unlikely to abide by any condition or combination of
conditions of release.  F.R.Cr.P. 32.1(a)(D), 46(c), 18 U.S.C. § 3148.

     X     After a hearing pursuant to F.R.Cr.P. 32.1(a)(6) and 46(c) and 18 U.S.C. § 3143
(violation of probation or supervised release) the court finds there is probable cause
to believe defendant has violated a condition of probation or supervised release and
defendant has not met his burden of establishing by clear and convincing evidence
that he will not flee or pose a danger to another person or to the community.  18
U.S.C. § 3143.

      IT IS ORDERED that pursuant to 18 U.S.C. § 3142(i)(2)-(4) defendant is committed to the
custody of the Attorney General for confinement in a corrections facility separate, to the extent
practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The
defendant shall be afforded reasonable opportunity for private consultation with his counsel.  Upon further
order of a court of the United States or request of an attorney for the United States the person in charge of
the corrections facility in which defendant is confined shall deliver defendant to a United States Marshal
for purpose of an appearance in connection with a court proceeding.

      DATED:____7/1/09_____

                                      _____
                                      U.S. MAGISTRATE JUDGE